IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT
MAY 14 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 2:26cr29
)
JOSEPH DOWNING BARNES, JR., )
)
*Defendant.* )

STATEMENT OF FACTS

The parties stipulate that the allegations in Count One contained in the indictment and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt with credible and admissible evidence.

1. Between July 11, 2025, and August 29, 2025, Google, LLC (Google), reported to the National Center for Missing and Exploited Children (NCMEC) that one of its users had uploaded approximately fifty suspected files of child sexual abuse material[1] (CSAM) to their Google account. Google was aware of this user's phone number, email address (nymphie1990@gmail.com), and location based upon data it collects when its users access their Google accounts. Google identified this user as being located in Virginia Beach, Virginia, in the Eastern District of Virginia, and provided all of this information to NCMEC. NCMEC in turn forwarded the information to the Virginia Beach Police Department (VBPD) for investigation.

[1] For the purposes of this Statement of Facts, the phrase "child sexual abuse material" or CSAM has the same meaning as the term "child pornography" pursuant to 18 U.S.C. § 2256(8).



JC

2. In October 2025, VBPD obtained a search warrant for the contents of the nymphie1990@gmail.com email address. Located within the Google account were numerous files constituting CSAM. Investigators were able to determine that the owner of this Google account was the defendant, JOSEPH DOWNING BARNES, JR., and that among the CSAM materials were files that the defendant created. Investigators located screen recordings of webcam chat sessions the defendant engaged in with young boys, approximately aged 10-15 years old. The defendant, who is a transgender female, chatted with these boys over webcam and exposed the defendant's breasts in exchange for the boys exposing their penises and masturbating for the defendant. Defendant created these files and saved them to the Google account, located on computer servers in the Northern District of California and elsewhere outside the Commonwealth of Virginia.

3. Specifically, as alleged in Cout One of the indictment, on June 19, 2025, the defendant was utilizing an online video chat program to webcam with a minor boy approximately 10-15 years in age. Defendant screen recorded the video of the minor boy nude and masturbating in a file named "RPReplay…bgy.mp4" and uploaded it to his Google account in the Northern District of California.

4. Both Google and the online webcam chat programs utilized by the defendant necessarily utilize the Internet. The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

5. The defendant is a convicted sex offender. On August 31, 2016, the defendant pled guilty to one count of distribution of child pornography, in violation of 18 U.S.C. §

2252(a)(2), an offense under Chapter 110 of the federal code, in the United States District Court for the Eastern District of Virginia. On December 17, 2016, the defendant was sentenced to serve 108 months of incarceration as a result of this conviction.

6. The defendant's participation in the events described above was undertaken knowingly, intentionally, and unlawfully, and not as a result of an accident, mistake, or other innocent reason.

7. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By: ______________________________
Joseph L. Kosky
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, JOSEPH DOWNING BARNES, JR., and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

JOSEPH DOWNING BARNES, JR.
Defendant

I am Michael P. Jones, JOSEPH DOWNING BARNES, JR.'s, attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Michael P. Jones, Esq.
Attorney for JOSEPH DOWNING BARNES, JR.